UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 4:18 CR 837 CDP |
| | ) | |
| DAJUAN HALL, | ) | |
| | ) | |
| Defendant. | ) | |

## **MEMORANDUM AND ORDER**

This matter is before the Court on Defendant Dajuan Hall's Motions to Suppress Evidence [ECF Nos. 32 and 58]. Pursuant to 28 U.S.C. § 636(b), the motions were referred to United States Magistrate John M. Bodenhausen, who held a hearing on May 21, 2019 and October 24, 2019, then recommended that the motion be denied. No objections were filed.

As no objections were filed, I will adopt and sustain the Report and Recommendations filed by Judge Bodenhausen. I have independently reviewed his recommendations and agree that there is no basis under the facts and the law to suppress any of the evidence seized.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge [63] is **SUSTAINED, ADOPTED, and INCORPORATED** herein, and Defendant Dajaun Hall, Jr.'s Motions to Suppress evidence and statements [ECF Nos. 32 and 58] are **DENIED**.

As set out in the Order issued on January 17, 2020 this matter remains set for **jury trial** on <u>**Monday, March 16, 2020 at 8:30 a.m.**</u> and a **final pretrial hearing** on <u>**Friday, March 6, 2020 at 1:00 p.m.**</u> in Courtroom 14-South. The parties will be expected to discuss the length of the trial and any evidentiary or other issues that may arise during trial, and to make a record of any plea offers that may have been made by the government and rejected by defendant as discussed in *Missouri v. Frye*, 566 U.S. 133, 145-47 (2012).

*Catherine D. Perry*
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 4th day of February, 2020.